**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JAY ROMAIN BOYCE, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 23-21019 (RBK) (EAP) |
| | : | |
| v. | : | |
| | : | |
| OFFICER R. KARCH, et al. | : | **MEMORANDUM AND ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

    Plaintiff is proceeding pro se with this civil rights action. Previously, this Court granted Plaintiff's application to proceed in forma pauperis. (*See* ECF 10). Presently pending before this Court are two motions by Plaintiff to supplement/amend his complaint. (*See* ECF 13 & 14). For the following reasons, Plaintiff's motions shall be denied without prejudice.

    Plaintiff's motions are an attempt to amend his complaint in piecemeal fashion. Such piecemeal attempts by Plaintiff to seek to amend his proposed operative pleading are procedurally improper. *See Lewis v. Sessions*, No. 17-5475, 2017 WL 7313822, at *2 (D.N.J. Nov. 3, 2017) ("Neither Fed. R. Civ. P. 8, which governs pleadings, nor Fed. R. Civ. P. 15, which governs amended and supplemental pleadings, permits [a plaintiff] to submit . . . addenda to his Complaint in . . . piecemeal fashion"). Instead, Plaintiff needs to submit an *all-inclusive* proposed amended complaint that will still be subject to sua sponte screening by this Court. Plaintiff shall be given the opportunity to file such a proposed *all-inclusive* amended complaint. Should Plaintiff elect not to do so in the time allotted, this Court will proceed with screening only those claims and allegations in his original complaint. (*See* ECF 2).

Accordingly, IT IS on this 20th day of May, 2024,

ORDERED that Plaintiff's motions to supplement/amend (ECF 13 & 14) are denied without prejudice; and it is further

ORDERED that Plaintiff shall have thirty (30) days from the date of this memorandum and order in which to file a proposed *all-inclusive* proposed amended complaint; should Plaintiff elect not to file a proposed *all-inclusive* proposed amended complaint within the time allotted, this Court will screen only Plaintiff's claims and allegations in his original complaint (ECF 2); and it is further

ORDERED that the Clerk shall serve on Plaintiff by regular U.S. mail this memorandum and order.

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge